**Claim 12**

**NEW RESIDENTIAL MORTGAGE, LLC**

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
**P.O. BOX 10826**
**GREENVILLE SC 29603**
**(800) 365-7107**



## CLAIM DETAIL

| | |
|---|---|
| Case Number | 1640154 |
| Creditor | NEW RESIDENTIAL MORTGAGE, LLC |
| Trustee's Claim Number | 12 |
| Court's Claim Number | 13 |
| Claim Type | S - SECURED (S) |
| Claim Filed Date | Tuesday, August 2, 2016 |
| Mortgage Due Date | |

## CLAIM AMOUNTS

| | |
|---|---|
| Claimed Amount | $39,447.12 |
| Scheduled Amount | $0.00 |
| Amount Paid Outside | $0.00 |
| Monthly Payment | $0.00 |
| Principal Owed | $0.00 |
| Principal Paid | $39,447.12 |
| Principal Due | $0.00 |
| Interest Rate | 0.00 |
| Interest Paid | $0.00 |
| Interest Due | $0.00 |
| Collateral Value | $0.00 |
| Collateral Description | |
| Limit | $0.00 |
| Plan Code | $0.00 |
| Percent Allowed | 100.00 |
| Months to Calculate | 0.00 |

## CLAIM FLAGS

| | |
|---|---|
| Payee Level | 44 |
| Comment | POC/NOV/PLAN $36,122.00 + 4.5% / 664 W 6th Ave Tallahassee, FL 32303. SEE NOTES BELOW FOR ADJUSTED CLAIM AMT PER AP PMNTS MADE. GF |
| Account Number | xxxxxxxxxxxxxxxx8513 |
| No Cost | |
| No Check | |
| Delete | |
| Reserve | |
| Stop Disbursement | |
| Continuing | |
| Special | |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | NEW RESIDENTIAL MORTGAGE, LLC |
| Address 1 | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING |
| Address 2 | P.O. BOX 10826 |
| Address 3 | GREENVILLE SC |
| Zip Code | 29603-0675 |
| Contact Name | |
| Phone Number | (800) 365-7107 |
| Creditor Number ShortCut | |

| | Additional Names and Addresses | Date of Last Change |
|---|---|---|
| Payee: | SELECT PORTFOLIO SVCIN ● PO BOX 65250 ● SALT LAKE CITY ● UT ● 84165-0000 | 4/1/2016 |
| | SELECT PORTFOLIO SERVICING ● P.O. BOX 65250 ● SALT LAKE CITY ● UT ● 84165-0000 | 5/5/2016 |
| | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE ● TRUSTEE, FOR APOLLO RESIDENTIAL MORTGAGE ● SALT LAKE CITY ● UT ● 84165-0450 | 8/3/2016 |
| | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4 ● NATIONSTAR MORTGAGE, LLC ● DALLAS ● TX ● 75261-0000 | 1/31/2019 |
| | NEW RESIDENTIAL MORTGAGE, LLC ● NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING ● GREENVILLE ● SC ● 29603-0675 | 8/16/2019 |
| Scheduled: | SELECT PORTFOLIO SVCIN ● PO BOX 65250 ● SALT LAKE CITY ● UT ● 84165-0000 | 4/1/2016 |
| Notice: | SELECT PORTFOLIO SVCIN ● PO BOX 65250 ● SALT LAKE CITY ● UT ● 84165-0000 | 4/1/2016 |
| Attorney for Creditor: | SELECT PORTFOLIO SVCIN ● PO BOX 65250 ● SALT LAKE CITY ● UT ● 84165-0000 | 4/1/2016 |

## PAYEE NOTES

08/16/2019 COMPLETED NAME, ADDRESS, ACCOUNT # CHANGE AND VERIFIED THE AMOUNT FOR THE NOTICE OF TRANSFER. FWDED TO DA FOR REVIEW..BR

01/31/2019 COMPLETED NAME, ADDRESS, ACCOUNT # CHANGE AND VERIFIED THE AMOUNT FOR THE NOTICE OF TRANSFER. FWDED TO MR FOR REVIEW..BR ***REVIEWED. MR

NOV = $36,122.00 LESS $8,081.04 AP PD. = $28,040.96
PLUS 4.5% = $31,366.08 PLUS $8,081.04 AP PD. = $39,447.12

## PAYMENT HISTORY FOR CLAIM 12 – NEW RESIDENTIAL MORTGAGE, LLC

(Latest Payments First)

| Disb Date | Check Number | Payee Name | Type | Prev. Cred- Amount |
|---|---|---|---|---|
| 6/26/2019 | xx4214 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4 | AMOUNT DISBURSED TO CREDITOR | $679.99 |
| 5/29/2019 | xx3152 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4 | AMOUNT DISBURSED TO CREDITOR | $1,574.95 |
| 4/29/2019 | xx2147 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4 | AMOUNT DISBURSED TO CREDITOR | $1,297.28 |
| 3/27/2019 | xx0901 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4 | AMOUNT DISBURSED TO CREDITOR | $559.93 |
| 2/27/2019 | xx9823 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-4 | AMOUNT DISBURSED TO CREDITOR | $1,116.57 |
| 1/30/2019 | xx9055 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,116.57 |
| 12/28/2018 | xx8026 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,674.84 |
| 11/28/2018 | xx6976 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,116.57 |
| 10/24/2018 | xx5868 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,674.84 |
| 9/26/2018 | xx4792 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,116.57 |
| 8/24/2018 | xx3626 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,116.56 |
| 7/30/2018 | xx2541 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,116.57 |
| 6/25/2018 | xx1369 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,116.57 |
| 5/30/2018 | xx0267 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,339.38 |
| 4/25/2018 | xx9128 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $448.71 |
| 3/28/2018 | xx7947 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,339.38 |
| 2/26/2018 | xx6760 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $892.92 |
| 1/29/2018 | xx5678 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,339.39 |
| 12/22/2017 | xx4399 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $446.46 |
| 11/28/2017 | xx3336 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $892.93 |
| 10/23/2017 | xx2033 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,339.38 |
| 9/26/2017 | xx0791 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $446.47 |
| 8/29/2017 | xx9546 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,339.38 |
| 7/26/2017 | xx8204 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $892.92 |
| 6/28/2017 | xx6881 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $892.93 |
| 5/26/2017 | xx5362 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $1,444.27 |
| 4/27/2017 | xx3919 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $3,033.75 |
| 3/29/2017 | xx2698 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $673.42 |
| 2/24/2017 | xx1247 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $673.42 |
| 1/31/2017 | xx9949 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $673.42 |
| 12/22/2016 | xx8458 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $673.42 |
| 11/29/2016 | xx7155 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $673.42 |
| 10/26/2016 | xx5615 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $673.42 |
| 9/27/2016 | xx4163 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $673.42 |
| 8/29/2016 | xx2678 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE | AMOUNT DISBURSED TO CREDITOR | $673.42 |
| 7/26/2016 | xx0895 | SELECT PORTFOLIO SERVICING | AMOUNT DISBURSED TO CREDITOR | $673.42 |
| 6/27/2016 | xx9317 | SELECT PORTFOLIO SERVICING | AMOUNT DISBURSED TO CREDITOR | $1,117.80 |
| 5/23/2016 | xx7692 | SELECT PORTFOLIO SERVICING | AMOUNT DISBURSED TO CREDITOR | $902.46 |

ADJUSTED CLAIM AMT PER AP PMNTS MADE. GF

## PAYEE FIELDS DESCRIPTIONS

**No Cost**  A "Y" in this field indicates the system will not calculate trustee fees on disbursements to this claim.

**No Check**  Code which indicates the claim should not be paid or will limit the amount the claim is paid. The valid options are as follows:

- **O**     Indicates claim is to be paid outside the plan.
- **R**     Indicates claim is to be paid at Real Estate Closing.
- **S**     Indicates collateral will be surrendered.
- **X**     Indicates claim has not been filed.
- **Y**     General no check
- **1-9**    Limits the disbursement to this number times the regular monthly payment

**Delete**  A "Y" in this field indicates the claim has been deleted from the plan without actually removing the record. L in this field indicates the claim is to be paid per capita rather than pro rata. This field is normally used for adequate protection claims by indicating an "A" in this field. An "E" is used to flag this claim for "Hard" reserve if using this feature.

**Reserve**  Code indicating that disbursements are to be calculated for this claim but reserve the funds rather than paying them out. The valid options are:

- **H**     Calculated disbursements are reserved until they meet or exceed the regular payment amount for the claim.
- **M**     Calculated disbursements are reserved for one disbursement.
- **Y**     Calculated disbursements are reserved indefinitely.
- **1-9**   Calculated disbursements are to be reserved for this number of disbursement cycles. This number will decrease by 1 each disbursement cycle.

**Stop Disbursement**  Code which prevents the system from disbursing. However, the system will disburse any arrearage accumulated on this claim. Normally a "Y" is used for a generic stop disbursement. The numbers 1-9 will cause the system to not disbursement on this claim for this number of disbursement cycles. The number will decrease each disbursement cycle.

**Continuing Flag**  A "Y" in this field indicates this claim is a continuing debt such as an ongoing mortgage payment.